# United States District Court Violation Notice

CVB Location Code: **MA65**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3724798 | Trudeau | 2477 |

**3724798**

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 06/13/2014 0010 | 36 CFR 4.23(a)(1) |

Place of Offense: Herring Cove North Lot

Offense Description: Factual Basis for Charge  HAZMAT ☐

Operation Under the Influence — Unsafe Operation  27-00-00

I#14-2174

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Newcombe | Dana | E |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 946 MX+ | MA | 94 | Toyt T100 | | Red |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date (mm/dd/yyyy): _____  Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **06/13**, 20**14** while exercising my duties as a law enforcement officer in the **Eastern** District of **MA**

see attached

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **06/13/2014**   Eric Trudeau
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident