3724798

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 06/12, 2014 while exercising my duties as a law enforcement officer in the Eastern District of Massachusetts

At approximately 0013 hours while on patrol in the Herring Cove North Parking Lot Ranger Brian Anziano and I observed a Red Toyota T100 (MA 946 MY8) parked in a handicap parking space. Herring Cove North Parking Lot is closed from Midnight to Six AM. The entrance to the lot is clearly marked with a sign stating "Area Closed Midnight to Six AM". I identified the operator of the vehicle using his MA driver's license to be Dana Newcombe (DOB 03/25/1954). I observed an empty can of beer in a "kozzie" on the front seat of the vehicle. Newcombe's eyes were blood shot and glossy. I detected a strong odor of alcohol emanating from the vehicle. During my investigation Newcombe's speech was slurred. Newcombe was unsteady on his feet. I had Newcombe perform Standardized Field Sobriety Maneuvers. Newcombe did not satisfactory complete the maneuvers. While in the confined space of my patrol vehicle, the odor of alcoholic beverages emitting from Newcombe became even more evident. While at the Provincetown Police Station Newcombe refused to submit to a test. Based on the totality of my investigation I found Newcombe to be under the influence of alcohol to a degree that rendered him incapable of safe operation of a motor vehicle.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/12/2014                    _Officer's Signature_
             Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____